IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY D. GEWECKE, ) | |
| ) | |
| Plaintiff, ) | 4:09CV3137 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | ORDER |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on plaintiff's motion to extend his time to file a brief in this case until December 23, 2009. Filing No. 15. The Court has reviewed the record and finds the motion should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to extend time to file a brief, Filing No. 15, is granted until December 23, 2009.

DATED this 24th day of November, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge